*W. B. Mitchell,* for appellant.
*Edward E. McGarity, Solicitor General,* for appellee.

## 43376. BRYANT v. THE STATE.

PANNELL, Judge. This case is controlled by the decision this day rendered in *Stuart v. State,* 117 Ga. App. 183, and the judgment is affirmed with direction that the trial court vacate its judgment and sentence and enter a new judgment and sentence in accordance with the verdict found.

*Judgment affirmed with direction. Jordan, P. J., and Deen, J., concur.*

ARGUED JANUARY 15, 1968—DECIDED JANUARY 19, 1968—REHEARING DENIED FEBRUARY 6, 1968—CERT. ■

*W. B. Mitchell,* for appellant.
*Edward E. McGarity, Solicitor General,* for appellee.